# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOMEN IN MEXICO CITY & MEXICO, Individually, & FREDERICK BANKS as next friend thereto & Individually,<br><br>Petitioner<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>Respondents. | Case No. 2:19-cv-10468-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: December 17, 2019  _____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE